UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 5:25-cr-00116-2

JOHN THOMPSON

## ORDER

On January 13, 2026, all counsel and the Defendant appeared for a guilty plea hearing. Count Four charges the Defendant with aiding and abetting the distribution of 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1). The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on January 13, 2026. [ECF 77]. Objections in this case were due on January 30, 2026. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 77**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and his/her counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: February 4, 2026

*Frank W. Volk*
Frank W. Volk
Chief United States District Judge